**Form 224**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Cathleen Marguerette Harbaugh
fka Cathleen Marguerette Allcorn**
  Debtor(s)

Bankruptcy Case No.: 23−21659−JCM

Chapter: 13
Docket No.: 17 − 1

## **CERTIFICATION**

The undersigned Clerk of the above−entitled Court certifies that:

The above−captioned case was filed on **August 7, 2023** without all documentation necessary to complete the filing. The Clerk notified the Debtor(s)' attorney, or Debtors(s) if not represented by an attorney, that the deadline for filing the required schedules, statements and/or other documents was **8/21/2023** and failure to meet that deadline would result in the dismissal of the case.

As of **August 22, 2023,** the above deadline has passed and some or all of the required documents have not been filed with the Clerk.

Michael R. Rhodes
Clerk

## **ORDER**

**IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED WITHOUT PREJUDICE,** based on the foregoing *Certification* and pursuant to *Fed.R.Bankr.P. 1007* and *Amended General Order #1991−1* of the Court.

Each *Income Attachment* issued in the case is now **TERMINATED.**

Debtor(s) must immediately serve a copy of this *Order* on each employer/entity subject to an *Attachment Order,* so that each such employer/entity knows to stop the attachment.

Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

Debtor(s) remain legally liable for all of their debts as if the bankruptcy *Petition* had not been filed.

Dated: August 22, 2023

John C Melaragno
United States Bankruptcy Judge

cm: All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-21659-JCM |
| Cathleen Marguerette Harbaugh | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 22, 2023 | Form ID: 224 | Total Noticed: 9 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cathleen Marguerette Harbaugh, 1109 Woodward Avenue, McKees Rocks, pa 15136-2211 |
| 15625468 | + | Amerihome Mortgage Company LLC, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 15625469 | + | Amerihome Mtg Co, Llc, 21300 Victory Blvd Ste 2, Woodland Hills, CA 91367-2525 |
| 15625471 | + | Cap One Auto, 3901 Dallas Pkwy, Plano, TX 75093-7864 |
| 15625472 | + | Citizensbk, 6 Corporate Dr., Shelton, CT 06484-6270 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Aug 23 2023 03:30:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Aug 23 2023 03:30:00 | Nuvell Credit Company, c/o AIS Portfolio Services,, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15625470 | | EDI: BANKAMER.COM | Aug 23 2023 03:30:00 | Bk Of Amer, P O Box 982236, El Paso, TX 79998 |
| 15625473 | ^ | MEBN | Aug 23 2023 09:51:39 | KML Law Group P.C., 701 Market Street Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | AMERIHOME MORTGAGE COMPANY, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Aug 22, 2023 | Form ID: 224 | Total Noticed: 9

Date: Aug 24, 2023          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amy Lynn Bennecoff Ginsburg | on behalf of Debtor Cathleen Marguerette Harbaugh efilings@ginsburglawgroup.com |
| Brian Nicholas | on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4