**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURG DIVISION**

In re:

Cathleen Marguerette Harbaugh,    Case No. 23-21659-JCM

Debtor.    Chapter 13

_____/

## MOTION TO REINSTATE CASE

Debtor, by and through the undersigned counsel, pursuant to Fed. R. Bankr. P. 9024 and Fed. R. Bankr. P. 5010 and Fed. R. Civ. P. 60(b)(6) and Local Rule Rule 1017-2, hereby files this *Motion to Reinstate Case.* In support thereof, Debtor states as follows:

1. On August 7, 2023, Debtor filed a voluntary petition for relief under Chapter 7 of the U.S. Bankruptcy Code.

2. On August 22, 2023, the Court issued an *Order Dismissing Case For Failure to Timely File Schedules.* [Doc. No. 17] (the "Order"), effective 15 days from the entry thereof.

3. This Motion was filed prior to the effective date of the Order.

4. Admittedly, Debtor failed to timely file the schedules.

5. Debtor understands the importance of complying with the orders of this Court and the schedules will be filed contemporaneously with this Motion.

6. This case has not been previously dismissed and reinstated.

WHEREFORE, Debtor respectfully requests that this Honorable Court enter an order vacating the dismissal, reinstating this case, and for any additional relief deemed fair and just.

Dated: September 5, 2023

        Respectfully Submitted,

        CONSUMER LAW ATTORNEYS

        /s/ *Amy Lynn Bennecoff Ginsburg*
        Amy Lynn Bennecoff Ginsburg, Esq.
        Attorney ID: 202745
        2727 Ulmerton Rd, Suite 270
        Clearwater, FL 33762
        Email: aginsburg@ginsburglawgroup.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on or before September 5, 2023, a true and correct copy of the foregoing was furnished via electronic or regular mail to the parties listed on the attached mailing matrix.

        CONSUMER LAW ATTORNEYS

        /s/ *Amy Lynn Bennecoff Ginsburg*
        Amy Lynn Bennecoff Ginsburg, Esq.
        Attorney for Debtor

```
Label Matrix for local noticing        Capital One Auto Finance, a division of Capi    Nuvell Credit Company, c/o AIS Portfolio Ser
0315-2                                  4515 N Santa Fe Ave. Dept. APS                  4515 N Santa Fe Ave. Dept. APS
Case 23-21659-JCM                       Oklahoma City, OK 73118-7901                    Oklahoma City, OK 73118-7901
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Tue Sep  5 23:37:23 EDT 2023

2                                       Amerihome Mortgage Company LLC                  Amerihome Mtg Co, Llc
U.S. Bankruptcy Court                   425 Phillips Boulevard                          21300 Victory Blvd Ste 2
5414 U.S. Steel Tower                   Ewing, NJ 08618-1430                            Woodland Hills, CA 91367-2525
600 Grant Street
Pittsburgh, PA 15219-2703


(p)BANK OF AMERICA                      Cap One Auto                                    Citizensbk
PO BOX 982238                           3901 Dallas Pkwy                                6 Corporate Dr.
EL PASO TX 79998-2238                   Plano, TX 75093-7864                            Shelton, CT 06484-6270



KML Law Group P.C.                      Office of the United States Trustee             Amy Lynn Bennecoff Ginsburg
701 Market Street Suite 5000            Liberty Center.                                 Ginsburg Law Group, P.C.
Philadelphia, PA 19106-1541             1001 Liberty Avenue, Suite 970                  1012 N. Bethlehem Pike
                                        Pittsburgh, PA 15222-3721                       Suite 103, Box 9
                                                                                        Ambler, PA 19002-2100


Cathleen Marguerette Harbaugh           Ronda J. Winnecour
1109 Woodward Avenue                    Suite 3250, USX Tower
McKees Rocks, pa 15136-2211             600 Grant Street
                                        Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Bk Of Amer
P O Box 982236
El Paso, TX 79998
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)AMERIHOME MORTGAGE COMPANY, LLC      End of Label Matrix
                                        Mailable recipients    13
                                        Bypassed recipients     1
                                        Total                  14
```