IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Cathleen Marguerette Harbaugh, | ) | Case No. 23-21659 JCM |
| *Debtor* | ) | |
| | ) | Chapter 13 |
| Cathleen Marguerette Harbaugh, | ) | |
| *Movant* | ) | |
| v. | ) | |
| No Respondents | ) | Related Doc. Nos. <u>19</u> |

### <u>ORDER OF COURT</u>

AND NOW, to wit, this <u>7th</u> day of <u>September,</u> 2023, upon review of the Debtor's

***Motion to Reinstate Case*** and upon review of the case history and docket entries, the following

deficiencies are noted:

1.     The ***Motion to Reinstate Case*** represented that the outstanding schedules would

be "contemporaneously filed with [the] ***Motion***." Docket Entry No. 1 specifically noted that the

following documents were due to be filed on or before 8/21/2023:

"Chapter 13 Plan due 08/21/2023. Declaration Re: Electronic Filing due

08/21/2023. Atty Disclosure Statement due 08/21/2023. Attorney Signature

Exhibit B due 08/21/2023. Attorney Signature Page 3 due 08/21/2023.

Declaration and Signature of Non-Attorney Bankruptcy Petition Preparer Form

B119 due by 08/21/2023. Notice to Debtor by Non-Attorney Bankruptcy Petition

Preparer Form B119 due by 08/21/2023. Certificate of Credit Counseling due by

08/21/2023. Certificate of Exigent Circumstances due by 08/21/2023. Declaration

of Schedules due 08/21/2023. Employee Income Record or a statement that there

is no record due by 08/21/2023. Exhibit D due by 08/21/2023.Chapter 13

Statement of Your Current Monthly Income and Calculation of Commitment

Period Form 122C-1 Due 08/21/2023 Schedules A-J due 08/21/2023. Statement

of Financial Affairs due 08/21/2023. Summary of schedules due 08/21/2023.

Means Test Calculation Form 122C-2 Due: 08/21/2023.

None of the documents noted as being outstanding as set forth in Docket Entry No. 1 have been

filed.

      2.     A review of the docket reveals the following additional outstanding items that

have not been corrected:

      a.     Corrective Entry: Proposed Order to be Refiled Ensuring to Include a Full

           Case Caption and a Signature Line for the Judge to Sign [Doc. No. 8];

      b.     Text Order re: (7 Motion for Waiver of Credit Counseling). Without

           further notice or hearing, this pleading will be stricken without prejudice

           if the following action is not taken: MOTION MUST BE REFILED IN

           ACCORDANCE WITH W.PA.LBR 9004-1 TO INCLUDE A FULL

           CASE CAPTION ON ALL PLEADINGS. This text-only entry

           constitutes the Court's order and notice on this matter. Judge Melaragno

           Signed on 8/11/2023. (RE: related document(s): 7 Motion for Waiver of

           Credit Counseling). Required corrective action due on or before

           8/21/2023. [Doc. No. 11];

      c.     CORRECTIVE ENTRY: PROPOSED ORDER TO BE REFILED

           ENSURING TO INCLUDE A FULL CASE CAPTION AND A

           SIGNATURE LINE FOR THE JUDGE TO SIGN. [Doc. No. 12]; and

      d.     TEXT ORDER: Without further notice or hearing, the Motion for Waiver

           of Credit Counseling [Dkt. 7] ("Motion") filed by Debtor, will be stricken

           without prejudice unless the following action is taken: (1) Counsel needs

to re-file the motion to comply with W.PA.LBR 9013-5, as required by

Local Rule 9014-1 and Judge John C. Melaragno's hearing procedures to

self-schedule motions. (2) Comply with W.PA.LBR 9004-1, regarding

captioning of pleadings, (3) File a proposed order to comply with

W.PA.LBR. 9013-4 which requires all documents requesting relief to

include a proposed order of court, and (4) serve the motion and notice of

hearing on all parties listed on the mailing matrix and file a certificate of

service ensuring same. This text-only entry constitutes the Court's order

and notice on this matter. Judge Melaragno Signed on 8/11/2023. [Doc

No. 13].

THEREFORE, based upon the above noted deficiencies, it is hereby ORDERED,

ADJUDGED AND DECREED that the Debtor's *Motion to Reinstate Case* is DENIED.

BY THE COURT:

SIGNED
9/7/23 3:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

John C. Melaragno, Judge
United States Bankruptcy Court

Case Administrator to serve:
Debtor
Amy Lynn Bennecoff Ginsburg, Esq.