IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Cathleen Marguerette Harbaugh, | ) | Case No. 23-21659 JCM |
| *Debtor* | ) | |
| | ) | Chapter 13 |
| Cathleen Marguerette Harbaugh, | ) | |
| *Movant* | ) | |
| v. | ) | |
| No Respondents | ) | Related Doc. Nos. 19 |

**ORDER OF COURT**

AND NOW, to wit, this 7th  day of September, 2023, upon review of the Debtor's

*Motion to Reinstate Case* and upon review of the case history and docket entries, the following

deficiencies are noted:

1.    The *Motion to Reinstate Case* represented that the outstanding schedules would

be "contemporaneously filed with [the] *Motion*."  Docket Entry No. 1 specifically noted that the

following documents were due to be filed on or before 8/21/2023:

"Chapter 13 Plan due 08/21/2023. Declaration Re: Electronic Filing due

08/21/2023. Atty Disclosure Statement due 08/21/2023. Attorney Signature

Exhibit B due 08/21/2023. Attorney Signature Page 3 due 08/21/2023.

Declaration and Signature of Non-Attorney Bankruptcy Petition Preparer Form

B119 due by 08/21/2023. Notice to Debtor by Non-Attorney Bankruptcy Petition

Preparer Form B119 due by 08/21/2023. Certificate of Credit Counseling due by

08/21/2023. Certificate of Exigent Circumstances due by 08/21/2023. Declaration

of Schedules due 08/21/2023. Employee Income Record or a statement that there

is no record due by 08/21/2023. Exhibit D due by 08/21/2023.Chapter 13

Statement of Your Current Monthly Income and Calculation of Commitment

Period Form 122C-1 Due 08/21/2023 Schedules A-J due 08/21/2023. Statement

of Financial Affairs due 08/21/2023. Summary of schedules due 08/21/2023.

Means Test Calculation Form 122C-2 Due: 08/21/2023.

None of the documents noted as being outstanding as set forth in Docket Entry No. 1 have been

filed.

    2.    A review of the docket reveals the following additional outstanding items that

have not been corrected:

    a.    Corrective Entry: Proposed Order to be Refiled Ensuring to Include a Full

        Case Caption and a Signature Line for the Judge to Sign [Doc. No. 8];

    b.    Text Order re: (7 Motion for Waiver of Credit Counseling). Without

        further notice or hearing, this pleading will be stricken without prejudice

        if the following action is not taken: MOTION MUST BE REFILED IN

        ACCORDANCE WITH W.PA.LBR 9004-1 TO INCLUDE A FULL

        CASE CAPTION ON ALL PLEADINGS. This text-only entry

        constitutes the Court's order and notice on this matter. Judge Melaragno

        Signed on 8/11/2023. (RE: related document(s): 7 Motion for Waiver of

        Credit Counseling). Required corrective action due on or before

        8/21/2023. [Doc. No. 11];

    c.    CORRECTIVE ENTRY: PROPOSED ORDER TO BE REFILED

        ENSURING TO INCLUDE A FULL CASE CAPTION AND A

        SIGNATURE LINE FOR THE JUDGE TO SIGN. [Doc. No. 12]; and

    d.    TEXT ORDER: Without further notice or hearing, the Motion for Waiver

        of Credit Counseling [Dkt. 7] ("Motion") filed by Debtor, will be stricken

        without prejudice unless the following action is taken: (1) Counsel needs

to re-file the motion to comply with W.PA.LBR 9013-5, as required by

Local Rule 9014-1 and Judge John C. Melaragno's hearing procedures to

self-schedule motions. (2) Comply with W.PA.LBR 9004-1, regarding

captioning of pleadings, (3) File a proposed order to comply with

W.PA.LBR. 9013-4 which requires all documents requesting relief to

include a proposed order of court, and (4) serve the motion and notice of

hearing on all parties listed on the mailing matrix and file a certificate of

service ensuring same. This text-only entry constitutes the Court's order

and notice on this matter. Judge Melaragno Signed on 8/11/2023. [Doc

No. 13].

THEREFORE, based upon the above noted deficiencies, it is hereby ORDERED,

ADJUDGED AND DECREED that the Debtor's *Motion to Reinstate Case* is DENIED.

BY THE COURT:

SIGNED
9/7/23 3:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

John C. Melaragno, Judge
United States Bankruptcy Court

Case Administrator to serve:
Debtor
Amy Lynn Bennecoff Ginsburg, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-21659-JCM |
| Cathleen Marguerette Harbaugh | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 1 |
| Date Rcvd: Sep 07, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db |   + Cathleen Marguerette Harbaugh, 1109 Woodward Avenue, McKees Rocks, pa 15136-2211 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2023            Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amy Lynn Bennecoff Ginsburg | |
| | on behalf of Debtor Cathleen Marguerette Harbaugh efilings@ginsburglawgroup.com |
| Brian Nicholas | |
| | on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC bnicholas@kmllawgroup.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |

TOTAL: 4